**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-0073-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2.     CASSIE REED**

      Defendant.

---

**ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES**

---

      This matter comes before the Court *sua sponte*.  This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel.  See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003).  Accordingly the Court ORDERS as follows:

1.     On or before March 22, 2013, any Defendant who has entered into a joint defense agreement shall submit such agreement to the Court (filed under Restriction Level 3) for *in camera* review.

2.     On or before March 22, 2013, any defendant who has not entered a joint defense agreement shall submit a filing (under Restriction Level 3) informing the Court of as much.

3.      Should any defendant contemplate entering into a joint defense

agreement after this Order, that defendant shall submit such agreement to

the Court (filed under Restriction Level 3) **for *in camera* review PRIOR to**

**its execution.**

Dated this 25th day of February, 2013.

BY THE COURT:

William J. Martinez
United States District Judge