IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date:  November 26, 2013 |
| Court Reporter:     Darlene Martinez | Interpreter: n/a |
| | Probation: Andrea Bell |

_____

Criminal Action No. 13-cr-00073-WJM          _Counsel:_

UNITED STATES OF AMERICA,                    David Conner

      Plaintiff,

v.

2.  CASSIE REED,                             LaFonda Traore

      Defendant.

_____

**COURTROOM MINUTES**

_____

HEARING - SENTENCING

11:04 a.m.     Court in Session

Appearances of counsel.

Defendant is present on bond.

Oath administered to the defendant.

Sentencing Statement by Mr. Conner.

Sentencing Statement by Ms. Traore.

Statement by the Court.

**ORDERED:**  Defendant'S objections to the presentence investigation report [Docket No. 42] are **OVERRULED** as being out of time.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 38] is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts [Docket No. 39] **GRANTED as to this defendant.**

Argument by Mr. Conner in support of the Government's Motion for Downward Departure Pursuant to 5K1.1 and in response to the Court's questions.

Argument by Ms. Traore.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 40] is **GRANTED in PART.**

Defendant's Allocution

| Defendant plead guilty to count 7 of the Indictment on September 3, 2013 |
| --- |

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Cassie Reed is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 6 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for her time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of 3 years.**

1) **Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released. And while on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

2) **As this sentence imposes a restitution obligation, as well as a special assessment, it is a condition of supervision that defendant pay in accordance with the schedule of payment sheet set forth in the judgment.**

2

3)    **Defendant shall not unlawfully possess a controlled substance.**

4)    **Defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

5)    **Defendant shall cooperate in the collection of DNA as directed by her probation officer.**

**ORDERED:   The following special conditions of supervised release are imposed:**

1)    **Defendant shall be placed on home detention for a period of 6 months, to commence upon release from imprisonment. During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer.**

2)    **Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.**

3)    **Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.**

4)    **Defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of her prescribed medications are maintained.**

3

**ORDERED:** **The special assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of her right to appeal her conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:** Defendant will surrender voluntarily as follows: **(**Report to the designated institution on or before **12:00 noon on December 27, 2013.**

**ORDERED:** If the defendant's institution has not been designated by prior to December 27, 2013, defense counsel may file an appropriate motion which the Court will grant.

**ORDERED:** Bond is continued.

12:03 p.m.    Court in Recess
                     Hearing concluded
                     Time: 59 minutes