IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen
Court Reporter:   Gwen Daniel

Date: June 5, 2015
Probation: Nicole Peterson
Time: one hour and eight minutes

_____

Criminal Action No.   13-cr-00073-WJM          *Counsel:*

UNITED STATES OF AMERICA,                Rebecca Weber

          Plaintiff,

v.

2.  CASSIE REED,                              Richard Williamson

          Defendant.

_____

## COURTROOM MINUTES
_____

MOTION HEARING

02:03 p.m.    Court in Session

Appearances

Defendant is present and on bond.

Court's comments

This matter is before the Court for a hearing on the Government's restricted Motion [103].

02:07 Argument by Ms. Weber

02:20 Argument by Mr. Williamson

Defendant's Allocution.

Court's findings entered on the record.

**ORDERED:   The Government's restricted Motion [103] is GRANTED IN PART AND DENIED IN PART.**

**The defendant's custodial sentence is reduced to four months.**

**All other terms and provisions of the Court's Judgment, [46], entered on December 2, 2013, shall remain the same and in full force and effect.**

**ORDERED:   The Probation Office shall prepare an Amended Judgment.**

Court's comments

The Government does not object to voluntary surrender.

**The Court finds by clear and convincing evidence that the defendant is not likely to flee, nor does she pose a danger to the safety of herself or any other person in the community.  It is therefore,**

**ORDERED that the defendant, Cassie Reed, surrender at the institution designated by the Bureau of Prisons the 10th of July 2015 at 12:00 noon.  The defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release continue to apply.**

Mr. Williamson's comments

The defendant requests that the Court recommend to the Bureau of Prisons that they consider designation to a halfway house.

**ORDERED:   The defendant's oral request that the Court recommend to the Bureau of Prisons that they consider designation to a halfway house is DENIED.**

03:11 p.m.    Court in Recess
                     Hearing concluded.